IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL WILSON, SR.,**

     **Plaintiff,**

v.

                                  CIV 11-0658 KG/KBM
                                  (Consolidated with
                                  CIV 11-0951 KG/KBM &
                                  CIV 11-1021 KG/KBM)

**LAWRENCE MONTANO, ET AL.,**

     **Defendants.**

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B), 636(b)(3), and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to the Honorable Karen B. Molzen, Chief United States Magistrate Judge, to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The Chief United States Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the United States District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition, as described in 28 U.S.C. § 636(b)(1)(C). Objections shall be filed within fourteen (14) days of entry of the proposed disposition.

     **IT IS SO ORDERED.**

                                                                               _____
                                                                                   **UNITED STATES DISTRICT JUDGE**