IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL WILSON, SR.,**

      **Plaintiff,**

v.                                                 **CIV 111-0658 KG/KBM**
                                                     **(Consolidated with**
**LAWRENCE MONTANO, ET AL.,**          **CIV 11-0951 KG/KBM &**
                                                     **CIV 11-1021 KG/KBM)**

      **Defendants.**

## AMENDED ORDER OF REFERENCE

      Pursuant to the provisions of 28 U.S.C. " 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure, Chief Magistrate Judge Karen B. Molzen is hereby designated to hear and determine Defendant Chavez's Motion to Dismiss (Doc. 21 in case No. CIV 11-0951)) and Defendants Benavidez, Chavez & Woodard's Motion to Dismiss or for Summary Judgment (Doc. 23 in case No. CIV 11-0951).   See *Franke v.ARUP Labs., Inc.*, 390 F. App'x 822, 282-29 (10th Cir. 2010); *see also Reeves v. DSI Sec. Servs., Inc.*, 395 F. App'x. 544, 548 (11th Cir. 2010); *Fielding v. Tollaksen*, 510 F.3d 175, 178 (2d Cir. 2007); *Anderson v. Woodcreek Venture, Ltd.*, 351 F.3d 911, 917 (9th Cir. 2003).

      DATED this 27th day of January, 2014.

                                                            **UNITED STATES DISTRICT JUDGE**