IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MICHAEL WILSON, SR., ET AL.,**

    **Plaintiffs,**

v.

**LAWRENCE MONTANO, ET AL.,**

    **Defendants.**

CIV 11-0658 KG/KBM
(Consolidated with
CIV 11-0951 KG/KBM &
CIV 11-1021 KG/KBM)

### SECOND AMENDED ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), (b)(3), and *Virginia Beach Federal Savings & Loan Association v. Wood*, 901 F.2d 849 (10th Cir. 1990), this civil action is referred to Chief U.S. Magistrate Judge Karen B. Molzen to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the following motions:

1. *Defendant Chavez's Motion to Dismiss* (Doc. 21 in case No. CIV 11-0951 KG/KBM); and

2. *Defendants Benavidez, Chavez & Woodard's Motion to Dismiss or For Summary Judgment* (Doc. 23 in case No. CIV 11-0951 KG/KBM).

The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. § 636(b)(1)(C). Objections shall be filed within fourteen (14) days of entry of the proposed disposition.

                                                  UNITED STATES DISTRICT JUDGE