IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL WILSON, SR. et al.,

    Plaintiffs,

vs.                                    Civ. No. 11-658 KG/SCY

DEPUTY LAWRENCE MONTANO, et al.,

    Defendants.

## SUMMARY JUDGMENT REGARDING DEFENDANT MIKE CHAVEZ

Having determined that summary judgment is appropriate as to the individual capacity claim brought against Defendant Mike Chavez for the unconstitutional detention of Plaintiff Jessie Ortiz by a Memorandum Opinion and Order entered contemporaneously with this Summary Judgment Regarding Defendant Mike Chavez,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant Mike Chavez on the unconstitutional detention claim brought against him in his individual capacity; and

2. that claim is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE