IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL WILSON, SR. et al.,

    Plaintiffs,

vs.                                                    Civ. No. 11-658 KG/SCY  
                                                         Consolidated with  
                                                         Civ. No. 11-951 KG/SCY  
                                                         Civ. No. 11-1021 KG/SCY

DEPUTY LAWRENCE MONTANO, et al.,

    Defendants.

SUMMARY JUDGMENT ON SECTION 1983 CLAIMS
AGAINST DEFENDANT MIKE CHAVEZ IN HIS INDIVIDUAL CAPACITY

    Having granted, in part, the Motion to Dismiss or for Summary Judgment on Behalf of Defendants Benavidez, Woodward and Mike Chavez (Doc. 23) (filed in Civ. No. 11-951 KG/SCY) by entering a Memorandum Opinion and Order contemporaneously with this Summary Judgment on Section 1983 Claims Against Defendant Mike Chavez in His Individual Capacity,

    IT IS ORDERED that

    1.  summary judgment is entered in favor of Defendant Mike Chavez on the 42 U.S.C. § 1983 claims brought him in his individual capacity; and

    2.  those claims are dismissed with prejudice.

                                                                                                  _____  
                                                                                                  UNITED STATES DISTRICT JUDGE