IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHAEL WILSON, SR. et al.,**

    **Plaintiffs,**

vs.                                                              CIV 11-0658 KG/SCY

**DEPUTY LAWRENCE MONTANO et al.,**

    **Defendants.**

## ORDER

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Extend Page Limits, and the Court having been fully advised of the premises,

IT IS HEREBY ORDERED that the page limit for Plaintiff's Response to Defendants' Motion to Dismiss and for Summary Judgment [Doc 126], which was filed on October 5, 2015, is hereby extended from 24 pages to 25 pages.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted and approved by:

/s/Matthew E. Coyte
Matthew E. Coyte
201 3rd Street NW, Suite 1920
Albuquerque, NM 87102
(505) 244-3030
 /s/ Jack Bennett Jacks
Jack Bennett Jacks
Attorneys for Plaintiff
201 3rd Street NW, Suite 1920
Albuquerque, NM 87102
(505) 247-1800
Unopposed 10/5/2015

Brandon Huss
Wallin, Huss, & Mendez, LLC
PO Box 696
Moriarty, NM 87035
505-832-6363