IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL WILSON, SR.,

    Plaintiff,

v.                                      Civ. No. 11-658 KG/SCY

LAWRENCE MONTANO, et al.,

    Defendants.

## FINAL ORDER OF DISMISSAL

Having adopted the Proposed Findings and Recommended Disposition (Doc. 279) by an Order Adopting Proposed Findings and Recommended Disposition filed contemporaneously with this Final Order of Dismissal,

IT IS ORDERED that this lawsuit is dismissed with prejudice, thereby terminating this case.

_____
UNITED STATES DISTRICT JUDGE